1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DANIEL R. KALEBA  (CABN 223789)
   Assistant United States Attorney
5      150 Almaden Boulevard, Suite 900
       San Jose, CA 95113
6      Telephone: (408) 535-5061
       Fax:  (408) 535-5066
7      E-Mail:  daniel.kaleba@usdoj.gov

8  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE  DIVISION

   UNITED STATES OF AMERICA,        )   No. CR 11-00621 LHK
                                    )
        Plaintiff,                  )
                                    )   STIPULATION AND [PROPOSED]
        v.                          )   ORDER TO CONTINUE STATUS
                                    )   APPEARANCE AND EXCLUDING TIME
   RUDOLFO CONTRERAS,               )   FROM FEBRUARY 9, 2012 TO
                                    )   MARCH 14, 2012
        Defendant.                  )
                                    )

        The defendant, RUDOLFO CONTRERAS, represented by Jeane DeKelver, Esquire, and the government, represented by Daniel R. Kaleba, Assistant United States Attorney, jointly request that the appearance set for February 29, 2012 be continued to March 14, 2012. The parties have discussed a resolution in the matter, and both parties would benefit from additional time to conduct the necessary investigation, including into both the facts of this case, as well as the criminal history of the defendant, to reach a possible resolution.

//
//
//
//

STIP. AND [PROPOSED] ORDER

1  The parties also jointly request an exclusion of time under the Speedy Trial Act between February 29, 2012 and March 14, 2012, because additional time is necessary to review the discovery and to conduct necessary investigation.

IT IS SO STIPULATED.

Dated: February 16, 2012           /s/
                                   JEANE DEKELVER
                                   Attorney for Defendant
                                   RUDOLFO CONTRERAS


Dated: February 17, 2012           /s/
                                   DANIEL R. KALEBA
                                   Assistant United States Attorney


Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between February 29, 2012 and March 14, 2012 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between February 29, 2012 and March 14, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between February 29, 2012 and March 14, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 2/21/12                     _____
                                   LUCY H. KOH
                                   United States District Judge